

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-19-2004

# Skretvedt v. EI DuPont de Nemours

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2805

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Skretvedt v. EI DuPont de Nemours" (2004). *2004 Decisions.* Paper 689.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/689

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| ORRIN T. SKRETVEDT, ) | |
| Appellant, ) | |
| ) | No. 03-2805 |
| v. ) | |
| ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, ) | |
| a Delaware Corporation; PENSION RET. ) | |
| PLAN; HOSPITAL AND MEDICAL-SURGICAL ) | |
| PLAN; DENTAL ASSISTANCE PLAN; NON- ) | |
| CONTRIBUTORY GROUP LIFE INSURANCE PLAN; ) | |
| TOTAL AND PERMANENT DISABILITY INCOME ) | |
| PLAN; SAVINGS PLAN; TAX REFORM ACT STOCK ) | |
| OWNERSHIP PLAN; SHORT TERM DISABILITY PLAN ) | |

On Appeal from the United States District Court
for the District of Delaware
Civil Action No. 98-cv-00061
Magistrate Judge: Honorable Mary P. Thynge

Submitted Under Third Circuit L.A.R. 34.1(a)
April 20, 2004

Before: SCIRICA, Chief Judge, GARTH and BRIGHT*, Circuit Judges

(Filed: April 23, 2004)

ORDER AMENDING OPINION

The above entitled Opinion be and the same is hereby amended in the following

respect:

WHEREAS on page 2 and page 4 of the typescript Not Precedential Opinion the

term $226,000 appears, there shall be substituted for that term the term $309,217.

/s/ Leonard I. Garth, Circuit Judge

Dated: May 19, 2004
CLW/cc: John M. Stull, Esq
       Raymond M. Ripple, Esq.

_____

*Honorable Myron H. Bright, United States Court of Appeals for the Eighth Circuit, sitting by designation.